# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2519
Lower Tribunal No. 2021-DR-003477

_____

TARON JACQUETT,

Appellant,

v.

ESTEFANIA JACQUETT,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Christy C. Collins, Judge.

October 24, 2025

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("In appellate proceedings the decision of a trial court has the presumption of correctness and the burden is on the appellant to demonstrate error. . . . The trial court should have been affirmed because the record brought forward by the appellant is inadequate to demonstrate reversible error."); *Robinson v. Robinson*, 50 Fla. L. Weekly D1997, D1997 (Fla. 6th DCA Sept. 5, 2025) (stating that where error appears for first time on final judgment's face, party must alert trial court to

error through motion for rehearing or some other appropriate motion to preserve it for appeal); *Julia v. Ramos-Baez*, 395 So. 3d 1121, 1123 (Fla. 6th DCA 2024) ("Without the transcript of the relevant proceeding, an appellate court cannot conduct 'an examination of the entire case' to determine whether the trial court actually failed to make the required findings." (quoting § 59.041, Fla. Stat.)).

TRAVER, C.J., and MIZE and BROWNLEE, JJ., concur.

Taron Jacquett, Saint Cloud, pro se.

Ronda Denise Westfall, of The Westfall Law Firm, P.A., Orlando, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED